UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIFIN, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BIOPATH HOLDINGS LABS, LLC, dba BIOPATH CLINICAL LABS, DOES 1, BIOPATH LAB HOLDINGS, LLC, and DOES 2-10, inclusive,<br><br>　　　　　　　Defendants.<br>_____<br>BIOPATH LAB HOLDINGS, LLC, a New York limited liability company,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>XIFIN, INC., a California corporation,<br><br>　　　　　　Counterdefendant.<br>_____ | Civil No. 07cv1128-LAB(BLM)<br><br>**ORDER SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On <u>August 16, 2007</u> at <u>1:45 p.m.</u> the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. No one appeared. However, in order to ensure that progress in this

case is not delayed, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

2. The Rule 26(f) conference shall be completed on or before **August 30, 2007**;

3. A joint discovery plan shall be lodged with Magistrate Judge Barbara L. Major on or before **September 6, 2007**;

4. Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before **September 13, 2007**; and,

5. A Case Management Conference pursuant to Rule 16(b) shall be held on **September 20, 2007** at **2:00 p.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall appear telephonically.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions. Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

DATED: August 17, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY A. BURNS
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES