UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIFIN, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BIOPATH HOLDINGS LABS, LLC, dba BIOPATH CLINICAL LABS, DOES 1, BIOPATH LAB HOLDINGS, LLC, and DOES 2-10, inclusive,<br><br>　　　　　　Defendants.<br>_____<br>BIOPATH LAB HOLDINGS, LLC, a New York limited liability company,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>XIFIN, INC., a California corporation,<br><br>　　　　　　Counterdefendant.<br>_____ | Case No. 07cv1128-LAB (BLM)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

///

///

///

On August 16, 2007, the Court convened an Early Neutral Evaluation Conference. No one appeared. The parties also failed to file confidential Early Neutral Evaluation statements by August 10, 2007, as ordered. <u>See</u> Doc. No. 7. In the Order Rescheduling Early Neutral Evaluation Conference filed August 3, 2007, this Court ordered that:

> [a]ll parties, adjusters for insured defendants, and other representatives of a party having full and complete authority to enter into a binding settlement, and the principal attorneys responsible for the litigation, must be present **in person** and legally and factually prepared to discuss settlement of the case. <u>Counsel appearing without their clients (whether or not counsel has been given settlement authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference.</u>

<u>See</u> <u>id.</u> (emphasis in original).

Therefore, it is hereby ordered that all counsel and parties appear before the Honorable Barbara L. Major on **September 11, 2007** at **9:00 a.m.** in **Courtroom A**, U.S. District Court, 940 Front Street, San Diego, California 92101 to show cause why sanctions should not be imposed for failing to follow this Court's order. The above-named parties shall file declarations regarding the imposition of sanctions on or before **August 31, 2007**.

**IT IS SO ORDERED.**

DATED: August 17, 2007

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY A. BURNS
U.S. DISTRICT JUDGE

ALL COUNSEL