UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIFIN, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BIOPATH HOLDINGS LABS, LLC, dba BIOPATH CLINICAL LABS, DOES 1, BIOPATH LAB HOLDINGS, LLC, and DOES 2-10, inclusive,<br><br>　　　　Defendants.<br>_____<br>BIOPATH LAB HOLDINGS, LLC, a New York limited liability company,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>XIFIN, INC., a California corporation,<br><br>　　　　Counterdefendant.<br>_____ | Case No. 07cv1128-LAB (BLM)<br><br>**ORDER VACATING HEARING AND DENYING JOINT MOTION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE [Doc. No. 14]** |

///

///

///

1   Based on the representations made by counsel for Plaintiff and Defendants in their respective declarations[1] [Doc. Nos. 12-13] in response to the Court's August 17, 2007 Order to Show Cause Why Sanctions Should Not be Imposed [Doc. No. 10], the Court finds it inappropriate to impose sanctions at this time.  Accordingly, the hearing set for September 11, 2007 at 9:00 a.m. is hereby **VACATED**.

In a concurrently filed joint motion, the parties requested that the Court reschedule the Early Neutral Evaluation Conference to September 11, 2007 at 9:00 a.m. – the same day and time as the Order to Show Cause hearing.  Doc. No. 14.  The parties joint motion is **DENIED.**  The Court will discuss the timing of a settlement conference during the telephonic Case Management Conference on September 20, 2007.

On a final note, the parties are hereby reminded that they must comply with all dates and deadlines set forth in the Court's August 17, 2007 Order Setting Rule 26 Compliance [Doc. No. 9]. Failure to do so may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: September 4, 2007

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY A. BURNS
U.S. DISTRICT JUDGE

ALL COUNSEL

---

[1] Though Carolyn Dye, counsel for Plaintiff Xifin, Inc., did not sign or date her declaration before filing it, the Court considered her statements as if they were signed under penalty of perjury.  Ms. Dye is hereby **ORDERED** to file a signed and dated declaration by **September 14, 2007**.